The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHIDRA VICTOR ENEMUO,

                            Petitioner,

        v.

PAMELA BONDI, et al.,

                            Respondents.

CASE NO.  2:26−cv−00482JLR

**ORDER GRANTING RELIEF FROM DEADLINE**

(~~Proposed~~)

The Court, having considered Federal Respondents' motion pursuant to Federal Rule of Civil Procedure Rule 6(b)(1)(B) for relief from a deadline and being fully advised in the matter,

HEREBY ORDERS, ADJUDGES AND DECREES that:

1. Federal Respondents' Motion for Relief from Deadline is hereby granted.

2. Federal Respondents shall be permitted to file their return to the Petition filed herein by no later than March 16, 2026.

3. Petitioner shall file his Traverse by no later than March 23, 2026.

//

//

//

//

NOTICE OF MOTION AND MOTION FOR RELIEF FROM DEADLINE - 1
(Case No. 2:26−cv−00482JLR)

DATED this 12th day of March, 2026.

_____

JAMES L. ROBART
Senior United States District Judge

Presented by:

_/s/ Brian C. Kipnis_
BRIAN C. KIPNIS
Assistant United States Attorney

Attorney for Federal Respondents

NOTICE OF MOTION AND MOTION FOR RELIEF FROM DEADLINE - 2
(Case No. 2:26−cv−00482JLR)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970