UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIDERA VICTOR ENEMUO, | CASE NO. C26-0482JLR |
| Petitioner, | ORDER |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents. | |

On February 20, 2026, Petitioner Chidera Victor Enemuo, who is proceeding *pro se* and *in forma pauperis*, filed a petition under 28 U.S.C. § 2241 seeking his immediate release from the Northwest ICE Processing Center.  (Pet. (Dkt. # 3).)  Respondents subsequently filed a motion to extend their deadline to file a return.  (*See* 2/20/26 Sched. Order (Dkt. # 4); Mot. (Dkt. # 7).)  The court granted the requested relief and set a March 16, 2026 deadline for Respondents to file a return, and Respondents timely filed their return.  (3/12/26 Order (Dkt. # 9); Return (Dkt. # 11).)  On March 18, 2026, Petitioner sent a letter to the court stating that, although he had earlier sent a letter asking to

ORDER - 1

voluntarily withdraw his case, he now wished to move forward with his petition. (3/19/26 Ltr. (Dkt. # 14); *see also* Dkt. (showing that the court did not receive his initial letter to withdraw his petition).)  Subsequently, in a notice of voluntary dismissal dated and signed on March 23, 2026, Petitioner purported to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a).  (3/23/26 Not. (Dkt. # 15).)  The court construes Petitioner's notice as a motion to dismiss and GRANTS it for the reasons set forth below.

Rule 41(a) provides that a petitioner may dismiss an action without a court order by filing either (1) "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or (2) "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).  Petitioner may also move the court to dismiss the action by filing a motion making such a request.  *Id*., 41(a)(2). Here, because Petitioner filed his notice of voluntary dismissal after Respondents responded to his petition, Petitioner can only dismiss this action with a stipulation of dismissal or a court order.  Fed. R. Civ. P. 41(a)(1)(ii), (a)(2).

Consequently, the court construes Petitioner's notice of voluntary dismissal as a motion for voluntary dismissal and GRANTS the motion.  The court DISMISSES the petition (Dkt. # 3) and this matter without prejudice.

Dated this 2nd day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2